```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :        16CR273-8 (DLC)
            -v-                          :
                                         :           ORDER
WILLIAM ROBERTS,                         :
                                         :
            Defendant.                   :
                                         :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020
```

DENISE COTE, District Judge:

On June 12, 2020, the Court received a letter from the defendant requesting that the Court appoint him counsel to assist him in filing a motion for compassionate release. The letter has been filed on the docket sheet. Accordingly, it is hereby

ORDERED that John F. Kaley C.J.A counsel on duty this date is appointed to represent the defendant in the above-captioned matter.

Dated:  New York, New York
        June 12, 2020

                                  _____
                                         DENISE COTE
                                  United States District Judge

**COPY MAILED TO:**

William Roberts

77397-054

FCI Danbury

Route 37

Danbury, CT 06811