```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
             -v-                     :   16cr273 (DLC)
                                     :
WILLIAM ROBERTS,                     :          ORDER
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On July 18, 2020, defendant William Roberts filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  It is hereby

ORDERED that the Government shall file its response to the July 18 motion by **August 4, 2020.**

SO ORDERED:

Dated:   New York, New York
         July 20, 2020

                              _____
                                     DENISE COTE
                              United States District Judge